IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:09-CV-67-FL

GUSTAVE E. DOLFAX, III,    )
                           )
        Plaintiff,         )    ORDER GRANTING ATTORNEY'S
                           )    FEES PURSUANT TO THE
    vs.                    )    EQUAL ACCESS TO JUSTICE
                           )    ACT, 28 U.S.C. § 2412
MICHAEL J. ASTRUE,         )
Commissioner of            )
Social Security,           )
        Defendant.         )

This is a social security case in which on April 13, 2010, an Order was entered that the decision of the Commissioner was reversed under sentence four of 42 U.S.C. § 405(g), with a remand of the case to the Commissioner for further proceedings. Pursuant to the Stipulation of the parties, Plaintiff's petition for fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $3,441.39 (Three Thousand Four Hundred Forty One Dollars and Thirty Nine Cents), and reimbursement of costs in the amount of $350.00 (Three Hundred Fifty Dollars) is GRANTED.

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to

her office address in accordance with the assignment (Document No. 20-2).

July 28, 2010
Date:

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE